UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-86(01) RM |
| ) | |
| EUSEBIO ROCHA ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 9, 2009 [Doc. No. 14]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Eusebio Rocha's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. § 1326(a) and (b)(2).

SO ORDERED.

ENTERED:  December 1, 2009 

　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.       
　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　United States District Court